# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond E. Fisher Jr<br>&<br>Anne M. Fisher<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-12956 amc |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

    Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734