B2030 (Form 2030) (12/15)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Raymond E. (Jr.) & Anne M. Fisher, Debtors          Case No: 18 - 12956 AMC
                                                            Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above named Debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of Debtors in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $3,200.00 |
   | Prior to the filing of this statement I have received | $  690.00 |
   | Balance Due | $2,510.00 |

2. The source of the compensation paid to me was:  [x] Debtors    [] Other (specify)
3. The source of compensation to be paid to me is:  [x] Debtors    [] Other (specify)
4. [x] I have *not* agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   [] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.
5. In return for the above-disclosed fee, I have agreed to render legal service for most aspects of the bankruptcy case, including:
   a. Analysis of Debtors' financial situation, and rendering advice to Debtors in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs, and plan which may be required;
   c. Representation of Debtors at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Defending Debtors in adversary proceedings and other contested bankruptcy matters; and
   e. Other provisions as defined in Application for Counsel Fees.

6. By agreement with Debtors, the above-disclosed fee does not include the following services:
   Trustee's Motion to Dismiss After Confirmation, Adversary Complaints, and Motion for Relief.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of Debtors in this bankruptcy proceeding.

Date:    May 8, 2018

                        /S/     Ronald G. McNeil
                        Ronald G. McNeil, Esquire
                        McNeil Legal Services