## BOB & JOE'S TOWING LLC

4346

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | Pay Period: 04/10/2018 - 04/23/2018 | | Pay Date: 04/27/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,864.56 | 10,902.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -18.65 | -109.04 |
| EMS tax | -2.00 | -18.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -156.00 | -753.00 |
| Social Security Employee | -115.60 | -675.96 |
| Medicare Employee | -27.04 | -158.09 |
| PA - Withholding | -57.24 | -334.71 |
| PA - Unemployment | -1.12 | -6.54 |
| | -377.65 | -2,055.34 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | 0.00 | -293.80 |

| Net Pay | 1,486.91 | 8,553.42 |
|---|---|---|

Bob & Joe's Towing, 1000 N. Eagle Rd, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by **Intuit Payroll**

---

## BOB & JOE'S TOWING LLC

4307

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | Pay Period: 03/13/2018 - 03/26/2018 | | Pay Date: 03/30/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,227.40 | 7,715.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -12.27 | -77.16 |
| EMS tax | -2.00 | -14.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -79.00 | -506.00 |
| Social Security Employee | -76.09 | -478.35 |
| Medicare Employee | -17.79 | -111.87 |
| PA - Withholding | -37.68 | -236.87 |
| PA - Unemployment | -0.74 | -4.63 |
| | -225.57 | -1,428.88 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | -97.94 | -195.88 |

| Net Pay | 903.89 | 6,090.64 |
|---|---|---|

Bob & Joe's Towing, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by **Intuit Payroll**

---

## BOB & JOE'S TOWING LLC

4330

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | Pay Period: 03/27/2018 - 04/09/2018 | | Pay Date: 04/13/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,322.60 | 9,038.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -13.23 | -90.39 |
| EMS tax | -2.00 | -16.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -91.00 | -597.00 |
| Social Security Employee | -82.01 | -560.36 |
| Medicare Employee | -19.18 | -131.05 |
| PA - Withholding | -40.60 | -277.47 |
| PA - Unemployment | -0.79 | -5.42 |
| | -248.81 | -1,677.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | -97.92 | -293.80 |

| Net Pay | 975.87 | 7,066.51 |
|---|---|---|

Bob & Joe's Towing, 1000 N. Eagle Rd, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by **Intuit Payroll**

BOB & JOE'S TOWING LLC

4346

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | Pay Period: 04/10/2018 - 04/23/2018 | | Pay Date: 04/27/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,864.56 | 10,902.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -18.65 | -109.04 |
| EMS tax | -2.00 | -18.00 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -156.00 | -753.00 |
| Social Security Employee | -115.60 | -675.96 |
| Medicare Employee | -27.04 | -158.09 |
| PA - Withholding | -57.24 | -334.71 |
| PA - Unemployment | -1.12 | -6.54 |
| | -377.65 | -2,055.34 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | 0.00 | -293.80 |

| Net Pay | 1,486.91 | 8,553.42 |
|---|---|---|

Bob & Joe's Towing, 1000 N. Eagle Rd, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by **Intuit Payroll**

4330

BOB & JOE'S TOWING LLC

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | Pay Period: 03/27/2018 - 04/09/2018 | Pay Date: 04/13/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,322.60 | 9,038.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -13.23 | -90.39 |
| EMS tax | -2.00 | -16.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -91.00 | -597.00 |
| Social Security Employee | -82.01 | -560.36 |
| Medicare Employee | -19.18 | -131.05 |
| PA - Withholding | -40.60 | -277.47 |
| PA - Unemployment | -0.79 | -5.42 |
| | -248.81 | -1,677.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | -97.92 | -293.80 |

| Net Pay | 975.87 | 7,066.51 |
|---|---|---|

Bob & Joe's Towing, 1000 N. Eagle Rd. Havertown PA 19083. 610-446-0295. Fed ID # 770702304. Bob & Joe's Towing LLC

Powered by Intuit Payroll

BOB & JOE'S TOWING LLC

**4294**

| Employee | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | | | | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | | Pay Period: 02/27/2018 - 03/12/2018 | | Pay Date: 03/16/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,011.50 | 6,488.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -10.12 | -64.89 |
| EMS tax | -2.00 | -12.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -427.00 |
| Social Security Employee | -62.72 | -402.26 |
| Medicare Employee | -14.67 | -94.08 |
| PA - Withholding | -31.05 | -199.19 |
| PA - Unemployment | -0.60 | -3.89 |
| | -178.16 | -1,203.31 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Parts/Repair | -97.94 | -97.94 |

| Net Pay | 735.40 | 5,186.75 |
|---|---|---|

Bob & Joe's Towing, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by Intuit Payroll

---

BOB & JOE'S TOWING LLC

**4276**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Raymond E. Fisher, Jr., 214 Valley Green Drive, Aston, PA 19014 | | | | | ***-**-7942 | Married/Withhold | Fed-0/0/PA-0 |
| | | | | | Pay Period: 02/13/2018 - 02/26/2018 | | Pay Date: 03/02/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Flat Rate Commission | | | 1,060.80 | 5,476.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax Withholding | -10.61 | -54.77 |
| EMS tax | -2.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -62.00 | -370.00 |
| Social Security Employee | -65.77 | -339.54 |
| Medicare Employee | -15.38 | -79.41 |
| PA - Withholding | -32.57 | -168.14 |
| PA - Unemployment | -0.64 | -3.29 |
| | -188.97 | -1,025.15 |

| Net Pay | 871.83 | 4,451.35 |
|---|---|---|

Bob & Joe's Towing, Havertown PA 19083, 610-446-0295, Fed ID # 770702304, Bob & Joe's Towing LLC

Powered by Intuit Payroll

BENTLEY TRUCK SERVICES
307 HERON DR
LOGAN TOWNSHIP NJ 08085

ORG1: 1 PENNSYLVANI
ORGZ: 1006 RUNNERS
EE ID: 1808        DD

RAYMOND E FISHER JR
214 VALLEY GREEN DRIVE
ASTON PA 19014

NON-NEGOTIABLE

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**PERSONAL AND CHECK INFORMATION**
Raymond E Fisher Jr
214 Valley Green Drive
Aston, PA 19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 1808

**Home Department:** 1006 RUNNERS L/R PA / 1 PENNSYLVANIA

**Pay Period:** 04/09/18 to 04/15/18
**Check Date:** 04/20/18    **Check #:** 13064

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2404 | 246.65 | 1130.93 |
| **NET PAY** | **246.65** | **1130.93** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 19.75 | 15.0000 | 296.25 | 90.08 | 1351.20 |
| Total Hours | 19.75 | | | 90.08 | |
| Gross Earnings | | | 296.25 | | 1351.20 |
| Total Hrs Worked | 19.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 18.36 | 83.77 |
| Medicare | | 4.29 | 19.59 |
| Fed Income Tax | M 0 | 7.41 | 27.78 |
| PA Income Tax | | 9.09 | 41.48 |
| PA Unemploy | | 0.18 | 0.81 |
| PA PHILA-Phi Inc | | 10.27 | 46.84 |
| **TOTAL** | | **49.60** | **220.27** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 246.65 | 1130.93 |

Payrolls by Paychex, Inc.

0940 Y426-S411  BENTLEY TRUCK SERVICES INC • 307 Heron Dr • Logan Township NJ 08085 • (856) 467-4446

BENTLEY TRUCK SERVICES INC
307 HERON DR
LOGAN TOWNSHIP NJ  08085

ORG1: PENNSYLVANI
ORG2: 1006 RUNNERS
EE ID: 1808          DD

RAYMOND E FISHER JR
214 VALLEY GREEN DRIVE
ASTON PA  19014

NON-NEGOTIABLE

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Raymond E Fisher Jr | | |
| 214 Valley Green Drive | | |
| Aston, PA  19014 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1808 | | |
| Home Department: 1006 RUNNERS L/R PA / 1 PENNSYLVANIA | | |
| Pay Period: 04/02/18 to 04/08/18 | | |
| Check Date: 04/13/18    Check #: 12923 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 2404 | 243.78 | 884.28 |
| **NET PAY** | **243.78** | **884.28** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 19.50 | 15.0000 | 292.50 | 70.33 | 1054.95 |
| | Total Hours | 19.50 | | | 70.33 | |
| | Gross Earnings | | | 292.50 | | 1054.95 |
| | Total Hrs Worked | 19.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 18.14 | 65.41 |
| | Medicare | | 4.24 | 15.30 |
| | Fed Income Tax | M 0 | 7.04 | 20.37 |
| | PA Income Tax | | 8.98 | 32.39 |
| | PA Unemploy | | 0.18 | 0.63 |
| | PA PHILA-Phi Inc | | 10.14 | 36.57 |
| | **TOTAL** | | **48.72** | **170.67** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 243.78 | 884.28 |

BENTLEY TRUCK SERVICES INC
307 HERON DR
LOGAN TOWNSHIP NJ 08085

ORG1: 1 PENNSYLVANI
ORG2: 1006 RUNNERS
EE ID: 1808        DD

RAYMOND E FISHER JR
214 VALLEY GREEN DRIVE
ASTON PA  19014

NON-NEGOTIABLE

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Raymond E Fisher Jr | | | | Hourly | 20.50 | 15.0000 | 307.50 | 50.83 | 762.45 |
| 214 Valley Green Drive | | | | Total Hours | 20.50 | | | 50.83 | |
| Aston, PA  19014 | | | | Gross Earnings | | | 307.50 | | 762.45 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 1808 | | | | Total Hrs Worked | 20.50 | | | | |
| Home Department: 1006 RUNNERS L/R PA / 1 PENNSYLVANIA | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 19.06 | | 47.27 |
| Pay Period: 03/26/18 to 04/01/18 | | | | Medicare | | | 4.46 | | 11.06 |
| Check Date:  04/06/18    Check #:  12791 | | | | Fed Income Tax | M 0 | | 8.54 | | 13.33 |
| NET PAY ALLOCATIONS | | | | PA Income Tax | | | 9.44 | | 23.41 |
| | | | | PA Unemploy | | | 0.18 | | 0.45 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | PA PHILA-Phi Inc | | | 10.66 | | 26.43 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 2404 | 255.16 | 640.50 | | TOTAL | | | 52.34 | | 121.95 |
| NET PAY | 255.16 | 640.50 | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 255.16 | 640.50 |

Payrolls by Paychex, Inc.

0940 Y426-S411  BENTLEY TRUCK SERVICES INC • 307 Heron Dr • Logan Township NJ  08085 • (856) 467-4446

BENTLEY TRUCK SERVICES INC
307 HERON DR
LOGAN TOWNSHIP NJ 08085

CHECK 12658
ORG1: 1 PENNSYLVANI
ORG2: 1006 RUNNERS
EE ID: 1808        DD

RAYMOND E FISHER JR
214 VALLEY GREEN DRIVE
ASTON PA  19014

NON-NEGOTIABLE

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**PERSONAL AND CHECK INFORMATION**
Raymond E Fisher Jr
214 Valley Green Drive
Aston, PA  19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 1808

Home Department: 1006 RUNNERS L/R PA / 1 PENNSYLVANIA

Pay Period: 03/19/18 to 03/25/18
Check Date: 03/30/18    Check #: 12658

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2404 | 158.60 | 385.34 |
| **NET PAY** | **158.60** | **385.34** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 12.33 | 15.0000 | 184.95 | 30.33 | 454.95 |
| Total Hours | 12.33 | | | 30.33 | |
| Gross Earnings | | | 184.95 | | 454.95 |
| Total Hrs Worked | 12.33 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 11.47 | 28.21 |
| Medicare | | 2.68 | 6.60 |
| Fed Income Tax | M 0 | | 4.79 |
| PA Income Tax | | 5.68 | 13.97 |
| PA Unemploy | | 0.11 | 0.27 |
| PA PHILA-Phi Inc | | 6.41 | 15.77 |
| **TOTAL** | | **26.35** | **69.61** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 158.60 | 385.34 |

Payrolls by Paychex, Inc.

0940 Y426-8411  BENTLEY TRUCK SERVICES INC • 307 Heron Dr • Logan Township NJ 08085 • (856) 467-4446

BENTLEY TRUCK SERVICES
307 HERON DR
LOGAN TOWNSHIP NJ 08085

ORG1: 1 PENNSYLVANI
ORG2: 1006 RUNNERS
EE ID: 1808        DD

RAYMOND E FISHER JR
214 VALLEY GREEN DRIVE
ASTON PA  19014

NON-NEGOTIABLE

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Raymond E Fisher Jr
214 Valley Green Drive
Aston, PA  19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 1808

**Home Department:** 1006 RUNNERS L/R PA / 1 PENNSYLVANIA

**Pay Period:** 03/12/18 to 03/18/18
**Check Date:** 03/23/18    **Check #:** 12525
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2404 | 226.74 | 226.74 |
| **NET PAY** | **226.74** | **226.74** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 18.00 | 15.0000 | 270.00 | 18.00 | 270.00 |
| | Total Hours | 18.00 | | | 18.00 | |
| | Gross Earnings | | | 270.00 | | 270.00 |
| | Total Hrs Worked | 18.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 16.74 | 16.74 |
| | Medicare | | 3.92 | 3.92 |
| | Fed Income Tax | M 0 | 4.79 | 4.79 |
| | PA Income Tax | | 8.29 | 8.29 |
| | PA Unemploy | | 0.16 | 0.16 |
| | PA PHILA-Phi Inc | | 9.36 | 9.36 |
| | **TOTAL** | | **43.26** | **43.26** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 226.74 | 226.74 |

Payrolls by Paychex, Inc.

0940 Y426-S411  BENTLEY TRUCK SERVICES INC • 307 Heron Dr • Logan Township NJ 08085 • (856) 467-4446