UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 18 - 12956 |
| Raymond E. (Jr.) & Anne M. Fisher | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 9014-3(k) of the Federal Rules for Bankruptcy Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of the Notice of Debtors' Counsel Application for Counsel Fees was served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on May 14, 2018, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtors
DATE: June 23, 2018
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net