# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12956-AMC

RAYMOND E FISHER, JR.
ANNE M FISHER
214 VALLEY GREEN DRIVE

ASTON, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RAYMOND E FISHER, JR.
    ANNE M FISHER
    214 VALLEY GREEN DRIVE

    ASTON, PA 19014

**Counsel for debtor(s), by electronic notice only.**
    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/20/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee