UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                                            :         Case No.  18 - 12956
  Raymond E. (Jr.) & Anne M. Fisher        :                      (Chapter 13)
                          Debtors.         :
                                        :         Hon. Ashely M. Chan
                                        :

NOTICE OF OBJECTION TO CLAIM & HEARING DATE (Claim No. 5)

  Debtors, Raymond E. (Jr.) & Anne M. Fisher, by and through their attorney, Ronald G. McNeil, Esquire,  have filed an objection to American Express National Bank, proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge, on August 28, 2018, at 11:00 a.m. in Courtroom 5, United States Bankruptcy Court at the Robert N.C. Nix Building, 900 Market Street, 2nd Floor  Philadelphia, PA 19107-4299,  If your or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

                                                                                 /s/ Ronald G. McNeil
                                                                                 Ronald G. McNeil, Esquire
                                                                                 Attorney for Debtors
                                                                                 DATE: July 23, 2018