UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                              Case No. 18 - 12956
Raymond E. (Jr.) & Anne M. Fisher                             (Chapter 13)
                    Debtors.
                                                   Hon. Ashely M. Chan

## Pre-Confirmation Certification
## of Compliance with Post-Petition Obligations in Accordance
## with 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

We, Raymond E. (Jr.) & Anne M. Fisher, Debtors in the above-captioned case, hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named Debtors have filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, we will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Raymond E. Fisher, Jr., Debtor
DATE: 7-11-18

Anne M. Fisher, Debtor
DATE: 7-11-18