UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  18 - 12956 |
| Raymond E. (Jr.) & Anne M. Fisher | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

ORDER

AND NOW, this    day of                , 2018, upon consideration of

Debtors' Objection to the Proof of Claim of Portfolio Recovery Associates, LLC

(Claim No. 10), and any responses thereto, it is hereby ORDERED that this claim

of Portfolio Recovery Associates, LLC is DISALLOWED as an unsecured,

nonpriority claim.

BY THE COURT:

_____

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

**Date: August 28, 2018**

Copies to:
Debtors: Raymond E. (Jr.) & Anne M. Fisher
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditor: