UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 18 - 12956 |
| Raymond E. (Jr.) & Anne M. Fisher | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## ORDER

AND NOW, this    day of                  , 2018, upon consideration of Debtors' Objection to the Proof of Claim of Portfolio Recovery Associates, LLC (Claim No. 12), and any responses thereto, it is hereby ORDERED that this claim of Portfolio Recovery Associates, LLC is DISALLOWED as an unsecured, nonpriority claim.

BY THE COURT:

*[signature]*

**Date: August 28, 2018**

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Copies to:
Debtors: Raymond E. (Jr.) & Anne M. Fisher
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditor: