United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12956-amc
Raymond E. Fisher, Jr                                                 Chapter 13
Anne M. Fisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 28, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb        +Raymond E. Fisher, Jr,    Anne M. Fisher,    214 Valley Green Drive,    Aston, PA 19014-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              RONALD G. MCNEIL    on behalf of Debtor Raymond E. Fisher, Jr r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | |
|---|---|
| In re | Case No. 18 - 12956 |
| Raymond E. (Jr.) & Anne M. Fisher | (Chapter 13) |
| Debtors. | |
| | Hon. Ashely M. Chan |

## ORDER

AND NOW, this   day of            , 2018, upon consideration of Debtors' Objection to the Proof of Claim of CACH, LLC (Claim No. 18), and any responses thereto, it is hereby ORDERED that this claim of CACH, LLC is DISALLOWED as an unsecured, nonpriority claim.

BY THE COURT:

**Date: August 28, 2018**

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Copies to:
Debtors: Raymond E. (Jr.) & Anne M. Fisher
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditor: