# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12956-AMC

RAYMOND E FISHER, JR.
ANNE M FISHER
214 VALLEY GREEN DRIVE

ASTON, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAYMOND E FISHER, JR.
    ANNE M FISHER
    214 VALLEY GREEN DRIVE

    ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

/S/ William C. Miller

Date: 12/20/2018

        William C. Miller, Esquire
        Chapter 13 Standing Trustee