### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Raymond E. Fisher, Jr and Anne M.
Fisher

        Debtor(s)                               Case No: 18−12956−amc

                                               Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 6/4/19 at 10:00 AM , in Courtroom #4, 900 Market Street,
Philadelphia, PA 19107

                                               For The Court

                                               Timothy B. McGrath
                                               Clerk of Court