United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-12956-amc
Raymond E. Fisher, Jr                                               Chapter 13
Anne M. Fisher
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: 152              Total Noticed: 47
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
```
db/jdb         #+Raymond E. Fisher, Jr,    Anne M. Fisher,    214 Valley Green Drive,    Aston, PA 19014-1919
14100436        American Express,    Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
14123785        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14100437       +Bayview Loan Servicing, LLC,,    a/k/a, Bayview Financial, LP,    c/o Raymond Kempinski, Esquire,
                 123 South Broad Street, Suite 1400,    Phila., PA 19109-1060
14100438       +Best Buy,    Bankruptcy,    7601 Penn Avenue South,    Richfield, MN 55423-8500
14162591        CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14123744        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14100440       +Care Credit, LLC,    2995 Red Hill Avenue,    Suite 100,    Costa Mesa, CA 92626-5984
14100442        CitiCorp Credit Services, Inc.,    Citibank Client Services,    100 Citibank Drive,
                 San Antonio, TX  78245-3202
14100443        Citizens Bank,    Bankruptcy Department/RJE135,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14100446       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:  DirecTV,    Bankruptcy Department,    2230 E. Imperial Highway,
                 El Segundo, CA 90245-3504)
14100449        HSBC Bank USA, N.A.,    Consumer Bankruptcy Dept,    2929 Walden Avenue,    Depew, NY 14043-2602
14100448       +Hearing Help Express, Inc.,    1714 Sycamore Road,    P.O. Box 586,    DeKalb, IL 60115-0586
14100451        J.C. Penney Co., Inc.,    Sears, Roebuck & Co.,    Reg’l Credit Crd Operations Cntr,
                 3333 Beverly Road,    Hoffman Estates, IL 60179-0001
14100455       ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court:  Nationwide Insurance Co.,    Collection Department,
                 One Nationwide Plaza,    Columbus, OH 43215-2220)
14126148        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
14205081        Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
14108445       +Southwest Delaware County Municipal Authority,    SWDCMA Attn: Cecelia Nelson Auth Admin,
                 One Gamble Lane,    PO BOX 2466,    Aston, PA 19014-0466
14100460        Township of Aston,    Michael P. Pierce, Esquire,    5021 Pennell Road,    Aston, PA  19014-1869
14100461       #+Toy R Us,    Bankruptcy Dept.,    1 Geoffrey Way,    Wayne, NJ 07470-2035
14100463        Wal-Mart Stores, Inc.,    Bankruptcy Department,    608 Southwest 8th Street,
                 Bentonville, AR 72712-6207
14100464        Wells Fargo Card Services,    Bankruptcy Department,    1 Home Campus, 3rd Floor,
                 Des Moines, IA  50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:34:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14124986       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 15 2019 03:32:16
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14100439        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 03:34:38
                 Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT  84130-0285
14101926       +E-mail/Text: bankruptcy@cavps.com Mar 15 2019 03:32:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14100441       +E-mail/Text: bk.notifications@jpmchase.com Mar 15 2019 03:31:12      Chase Automotive Finance,
                 Bankruptcy Unit,    P.O. Box 5210,    New Hyde Park, NY 11042-5210
14100444        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 15 2019 03:31:12      Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182273,    Columbus, OH 43218-2273
14100445        E-mail/PDF: creditonebknotifications@resurgent.com Mar 15 2019 03:34:42      Credit One,
                 Bankruptcy Department,    P.O. Box 98873,    Las Vegas, NV 89193-8873
14100447        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:34:35      GE Capital Retail Bank,
                 ATTN: Bankruptcy Dept.,    P.O. Box 960061,    Orlando, FL 32896-0661
14100450        E-mail/Text: cio.bncmail@irs.gov Mar 15 2019 03:31:05      Internal Revenue Service,
                 Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14100452        E-mail/Text: bncnotices@becket-lee.com Mar 15 2019 03:31:02      Kohls Department Stores,
                 Bankruptcy Department,    N56W17000 Ridgewood Drive,    Menomonee Falls, WI  53051-5660
14162348        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:34:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14100453       +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:34:36      Lowes Companies, Inc.,
                 ATTN: Bankruptcy,    1605 Curtis Bridge Road,    Wilkesboro, NC 28697-2263
```

```
District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Mar 14, 2019
                              Form ID: 152             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14162385          E-mail/Text: bkr@cardworks.com Mar 15 2019 03:30:51      MERRICK BANK,
                   Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14108846         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2019 03:31:54      MIDLAND FUNDING LLC,
                   PO Box 2011,   Warren, MI 48090-2011
14100454          E-mail/Text: bkr@cardworks.com Mar 15 2019 03:30:51      Merrick Bank,
                   10705 So. Jordan Gateway,   Suite 200,   South Jordan, UT 84095-3977
14100456          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:39      PA Dept of Revenue,
                   Bankruptcy Division,   Office of Chief Counsel,   P.O. Box 280946,
                   Harrisburg, PA  17128-0496
14128008          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:34:59
                   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14101448         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:45:49
                   PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14100457          E-mail/Text: appebnmailbox@sprint.com Mar 15 2019 03:31:53      Sprint Nextel,
                   Bankruptcy Department,   6200 Sprint Parkway,   Overland Park, KS 66251-4300
14100458          E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:34:36      Synchrony Bank,
                   Bankruptcy Department,   170 West Election Rd, Ste 125,   Draper, UT 84020-6425
14100459          E-mail/Text: bankruptcy@td.com Mar 15 2019 03:31:58      TD Bank, N.A.,   Bankruptcy Department,
                   70 Gray Road,   Fairmouth, ME  04105-2019
14100462          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 15 2019 03:30:54
                   Verizon Communications,   Bankruptcy Department,   P.O. Box 4846,   Trenton, NJ  08650-4846
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Shellpoint Mortgage Servicing,   P.O. Box 10675,   Greenville, SC  29603-0675
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   Bayview Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              RONALD G. MCNEIL    on behalf of Debtor Raymond E. Fisher, Jr r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Raymond E. Fisher, Jr and Anne M. Fisher

    Debtor(s)

Case No: 18−12956−amc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/4/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

106 – 17
Form 152