# Notice to Trustee

**Employee SSN:** _____    **Case No:** 1812956AMC

**Employee Name:** RAYMOND FISHER

**Employer Name:** WALMART

**Employer Address:** 702 SOUTHWEST 8TH ST
PO BOX 82
BENTONVILLE, AR 72716

**Date bankruptcy received:** _____
**Debtor is** _____ **is not** __X__ **employed**

**Debtor Status:** TERMINATED        **Status Date:** 01/28/2006

**Debtor last known address:** _____
, $U

_Diana McChristian (signature)_
Signature of Garnishee
Diana McChristian
Printed Name
Senior Payroll Director
Title
800-823-6731
Telephone Number

04/22/2019
Date



FILED
APR 26 2019
TIMOTHY McGRATH, CLERK
PER CLERK



WAL-MART ASSOCIATES INC.
P.O. BOX 82
BENTONVILLE, AR   72716-0135

219

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST
PHILADELPHIA, PA   19107-9202

Web: https://garnishments.adp.com
E-mail : TFS_FACS_GS_Agency_Inquiry@adp.com
Phone: (800) 823-6731

# Notice to Trustee

**Employee SSN:** _____    **Case No:** 1812956AMC

**Employee Name:** ANNE FISHER

**Employer Name:** WALMART

**Employer Address:** 702 SOUTHWEST 8TH ST
PO BOX 82
BENTONVILLE, AR 72716

**Date bankruptcy received:** _____
**Debtor is** _____ **is not** __X__ **employed**

**Debtor Status:** PARTIAL DATA    **Status Date:** _____

**Debtor last known address:** _____
, $U

_Diana McChristian (signature)_
Signature of Garnishee
Diana McChristian
Printed Name
Senior Payroll Director
Title
800-823-6731
Telephone Number

04/22/2019
Date



WMT1    Page 1 of 1



WAL-MART ASSOCIATES INC.
P.O. BOX 82
BENTONVILLE, AR   72716-0135

218

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST
PHILADELPHIA, PA   19107-9202

Web: https://garnishments.adp.com
E-mail : TFS_FACS_GS_Agency_Inquiry@adp.com
Phone: (800) 823-6731