# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Raymond E. Fisher, Jr and Anne M. Fisher**<br>DEBTOR. | CHAPTER 13<br><br>CASE NO.: **18-12956-mdc**<br><br>RELATED DOCUMENT: 113 |

## **PRAECIPE TO WITHDRAW OBJECTION TO THE DEBTORS' MOTION TO SELL**

An Objection having been filed in this action by 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee ("Movant"), by and through its counsel, Hill Wallack, LLP, to Debtors' Motion to Sell regarding the property at 214 Valley Green Dr., Aston, PA 19014.

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Objection without prejudice.

                HILL WALLACK, LLP

                By: */s/ Michael J. Shavel*
                    Michael J. Shavel, Esquire
                    Hill Wallack, LLP
                    777 Township Line Road, Suite 250
                    Yardley, PA 19067
                    Tel. 215-579-7700

Dated: June 11, 2019