United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                 Case No. 18-12956-amc
Raymond E. Fisher, Jr                                                                  Chapter 13
Anne M. Fisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett              Page 1 of 2              Date Rcvd: Jun 17, 2019
                              Form ID: pdf900              Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
```
db/jdb         Raymond E. Fisher, Jr,    Anne M. Fisher,    1119 Bayview Drive,    Manning, SC 29102-7713
cr            +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    NewRez LLC DBA Shellpoint Mortgage Servi,
               P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr            +1900 Capital Trust II, et al.,    c/o Shellpoint Mortgage Servicing,    55 Beattie Place,
               Suite 100,    Greenville, SC 29601-2137
intp          +Walmart,    Payroll Director,    702 Southwest 8th Street,    PO Box 82,
               Bentonville, AR 72712-0082
14100436       American Express,    Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
14123785       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
14100437      +Bayview Loan Servicing, LLC,,    a/k/a,   Bayview Financial, LP,    c/o Raymond Kempinski, Esquire,
               123 South Broad Street, Suite 1400,    Phila., PA 19109-1060
14100438      +Best Buy,    Bankruptcy,    7601 Penn Avenue South,    Richfield, MN 55423-8500
14162591       CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14123744       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14100440      +Care Credit, LLC,    2995 Red Hill Avenue,    Suite 100,    Costa Mesa, CA 92626-5984
14100442       CitiCorp Credit Services, Inc.,    Citibank Client Services,    100 Citibank Drive,
               San Antonio, TX 78245-3202
14100443       Citizens Bank,    Bankruptcy Department/RJE135,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14100446      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV,    Bankruptcy Department,    2230 E. Imperial Highway,
               El Segundo, CA 90245-3504)
14100449       HSBC Bank USA, N.A.,    Consumer Bankruptcy Dept,    2929 Walden Avenue,    Depew, NY 14043-2602
14100448      +Hearing Help Express, Inc.,    1714 Sycamore Road,    P.O. Box 586,    DeKalb, IL 60115-0586
14100451       J.C. Penney Co., Inc.,    Sears, Roebuck & Co.,    Reg'l Credit Crd Operations Cntr,
               3333 Beverly Road,    Hoffman Estates, IL 60179-0001
14100455      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Insurance Co.,    Collection Department,
               One Nationwide Plaza,    Columbus, OH 43215-2220)
14126148       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
14205081       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC 29603-0675
14108445      +Southwest Delaware County Municipal Authority,    SWDCMA Attn: Cecelia Nelson Auth Admin,
               One Gamble Lane,    PO BOX 2466,    Aston, PA 19014-0466
14100460       Township of Aston,    Michael P. Pierce, Esquire,    5021 Pennell Road,    Aston, PA 19014-1869
14100461      #+Toy R Us,    Bankruptcy Dept.,    1 Geoffrey Way,    Wayne, NJ 07470-2035
14100463       Wal-Mart Stores, Inc.,    Bankruptcy Department,    608 Southwest 8th Street,
               Bentonville, AR 72712-6207
14100464       Wells Fargo Card Services,    Bankruptcy Department,    1 Home Campus, 3rd Floor,
               Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 18 2019 03:01:20     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 03:00:59     Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2019 03:01:09     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:02:07     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14124986      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 18 2019 03:01:10
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
14100439       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 03:02:07
               Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
14101926      +E-mail/Text: bankruptcy@cavps.com Jun 18 2019 03:01:08     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14100441      +E-mail/Text: bk.notifications@jpmchase.com Jun 18 2019 03:00:48     Chase Automotive Finance,
               Bankruptcy Unit,    P.O. Box 5210,    New Hyde Park, NY 11042-5210
14100444       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 03:00:48     Comenity Bank,
               Bankruptcy Department,    P.O. Box 182273,    Columbus, OH 43218-2273
14100445       E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 03:02:00     Credit One,
               Bankruptcy Department,    P.O. Box 98873,    Las Vegas, NV 89193-8873
14100447       E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:02:00     GE Capital Retail Bank,
               ATTN: Bankruptcy Dept.,    P.O. Box 960061,    Orlando, FL 32896-0661
14100450       E-mail/Text: cio.bncmail@irs.gov Jun 18 2019 03:00:47     Internal Revenue Service,
               Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14100452       E-mail/Text: bncnotices@becket-lee.com Jun 18 2019 03:00:46     Kohls Department Stores,
               Bankruptcy Department,    N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2            Date Rcvd: Jun 17, 2019
                              Form ID: pdf900           Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14162348          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 03:01:52
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14100453         +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:01:59       Lowes Companies, Inc.,
                  ATTN: Bankruptcy,   1605 Curtis Bridge Road,    Wilkesboro, NC 28697-2263
14162385          E-mail/Text: bkr@cardworks.com Jun 18 2019 03:00:12       MERRICK BANK,
                  Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14108846         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2019 03:01:01       MIDLAND FUNDING LLC,
                  PO Box 2011,   Warren, MI 48090-2011
14100454          E-mail/Text: bkr@cardworks.com Jun 18 2019 03:00:12       Merrick Bank,
                  10705 So. Jordan Gateway,    Suite 200,   South Jordan, UT 84095-3977
14100456          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 03:00:59        PA Dept of Revenue,
                  Bankruptcy Division,   Office of Chief Counsel,    P.O. Box 280946,
                  Harrisburg, PA 17128-0496
14128008          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:02:07
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14101448         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:01:52
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14100457          E-mail/Text: appebnmailbox@sprint.com Jun 18 2019 03:01:00       Sprint Nextel,
                  Bankruptcy Department,   6200 Sprint Parkway,    Overland Park, KS 66251-4300
14100458          E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:02:00       Synchrony Bank,
                  Bankruptcy Department,   170 West Election Rd, Ste 125,    Draper, UT 84020-6425
14100459          E-mail/Text: bankruptcy@td.com Jun 18 2019 03:01:02       TD Bank, N.A.,   Bankruptcy Department,
                  70 Gray Road,   Fairmouth, ME 04105-2019
14100462          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 18 2019 03:00:12
                  Verizon Communications,    Bankruptcy Department,    P.O. Box 4846,   Trenton, NJ 08650-4846
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC 29603-0675
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability
           Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          MICHAEL J. SHAVEL    on behalf of Creditor    1900 Capital Trust II, et al. mshavel@hillwallack.com,
           lcampbell@hillwallack.com;mosbeck@hillwallack.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RONALD G. MCNEIL    on behalf of Debtor Raymond E. Fisher, Jr r.mcneill@verizon.net
          RONALD G. MCNEIL    on behalf of Joint Debtor Anne M. Fisher r.mcneill@verizon.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 18 - 12956
   Raymond E. (Jr.) & Anne M. Fisher :       (Chapter 13)
                   Debtors. :
: Hon. Ashely M. Chan
:

# ORDER

   AND NOW, this 17th day of June, 2019, upon consideration of Debtors' Motion to Sell Property Free and Clear of Liens, upon notice to all interested parties, upon the filing, and any responses thereto, and after a hearing before the Court and for good cause shown

   Having considered the Motion and all related objections and filings, and evidence submitted by the parties,

THE COURT FINDS THAT:
1.   Notice of the Motion was proper and adequate.
2.   The Buyers, James & Maria Williams (the "Buyer"), acted good faith and are entitled to the protections of Section 363(m) of the Bankruptcy Code.

   Based on the foregoing and the findings and conclusions in the record, and good cause appearing therefore,

   IT IS HEREBY ORDERED THAT:
a)   The notice of the Motion and the hearing thereon is approved as proper and adequate under the circumstances;
b)   The Motion to Sell is GRANTED and the sale to Buyer is APPROVED;
c)   Debtors are authorized to sell 214 Valley Green Drive in the Township of Aston and County of Delaware, within the Commonwealth of Pennsylvania 19014 ("Property") described in the Agreement for Sale of Real Estate (the "Purchase Agreement") to the Buyer;
d)   The Purchase Agreement is hereby and appropriately modified by the following paragraphs;

e) At closing, Debtors are authorized and directed to pay the appropriate closing costs and settlement fees. In addition and at closing, Debtors shall satisfy the first mortgage of Shellpoint Mortgage Servicing, the second mortgage of Bayview Loan Servicing, LLC, and the governmental lien of Southwest Delaware County Municipal Authority; and

f) Pursuant to Section 363(f) of the Bankruptcy Code, effective upon closing, the sale of the property will vest in the Buyer all right, title and interest of the Debtors and the bankruptcy estate in the property described in the Purchase Agreement, free and clear of the following liens, claims or interests: (1) the claims of creditors listed on Debtors' bankruptcy schedules, and (2) the claims by parties who have filed claims or requests for special notice with the Court, provided the parties do not assert a lien or interest in the property. Notwithstanding the foregoing, Debtors shall satisfy the claims of Midland Credit Management, Inc., as agent for Midland Funding, LLC (e.g., P.O.C. # 3, 8, and 9) through their Chapter 13 Plan. If Debtors fail to obtain a Chapter 13 Discharge, Debtors shall only receive credit for payments made during this bankruptcy filing.

The title clerk shall fax a completed HUD-l or settlement sheet from the closing directly to the Office of the Chapter 13 Standing Trustee, William C. Miller, Esquire, immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of their approval or objections to the sums to be disbursed. Upon Trustee's approval, the title clerk shall complete closing.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Copies to:
Debtors: Raymond E. (Jr.) & Anne M. Fisher
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors