United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12956-amc
Raymond E. Fisher, Jr                                                     Chapter 13
Anne M. Fisher
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2          Date Rcvd: Jul 11, 2019
                            Form ID: pdf900        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db/jdb      Raymond E. Fisher, Jr,   Anne M. Fisher,   1119 Bayview Drive,   Manning, SC  29102-7713
cr         +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,   NewRez LLC DBA Shellpoint Mortgage Servi,
             P.O. Box 10826,   GREENVILLE, SC 29603-0826
cr         +1900 Capital Trust II, et al.,   c/o Shellpoint Mortgage Servicing,   55 Beattie Place,
             Suite 100,   Greenville, SC 29601-2137
intp       +Walmart,   Payroll Director,   702 Southwest 8th Street,   PO Box 82,
             Bentonville, AR 72712-0082
14100436    American Express,   Bankruptcy Department,   P.O. Box 981535,   El Paso, TX 79998-1535
14123785    American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
14100437   +Bayview Loan Servicing, LLC,,   a/k/a, Bayview Financial, LP,   c/o Raymond Kempinski, Esquire,
             123 South Broad Street, Suite 1400,   Phila., PA 19109-1060
14100438   +Best Buy,   Bankruptcy,   7601 Penn Avenue South,   Richfield, MN 55423-8500
14162591    CACH, LLC its successors and assigns as assignee,   of Capital One, N.A.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14123744    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14100440   #+Care Credit, LLC,   2995 Red Hill Avenue,   Suite 100,   Costa Mesa, CA 92626-5984
14100442    CitiCorp Credit Services, Inc.,   Citibank Client Services,   100 Citibank Drive,
             San Antonio, TX  78245-3202
14100443    Citizens Bank,   Bankruptcy Department/RJE135,   480 Jefferson Blvd,   Warwick, RI  02886-1359
14100446   ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirecTV,   Bankruptcy Department,   2230 E. Imperial Highway,
             El Segundo, CA 90245-3504)
14100449    HSBC Bank USA, N.A.,   Consumer Bankruptcy Dept,   2929 Walden Avenue,   Depew, NY 14043-2602
14100448   +Hearing Help Express, Inc.,   1714 Sycamore Road,   P.O. Box 586,   DeKalb, IL 60115-0586
14100451    J.C. Penney Co., Inc.,   Sears, Roebuck & Co.,   Reg'l Credit Crd Operations Cntr,
             3333 Beverly Road,   Hoffman Estates, IL 60179-0001
14100455   ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
             COLUMBUS OH 43215-2410
             (address filed with court: Nationwide Insurance Co.,   Collection Department,
             One Nationwide Plaza,   Columbus, OH  43215-2220)
14126148    Ronald G. McNeil, Esquire,   1333 Race Street,   Philadelphia, PA 19107-1585
14205081    Shellpoint Mortgage Servicing,   P.O. Box 10675,   Greenville, SC  29603-0675
14108445   +Southwest Delaware County Municipal Authority,   SWDCMA Attn: Cecelia Nelson Auth Admin,
             One Gamble Lane,   PO Box 2466,   Aston, PA 19014-0466
14100460    Township of Aston,   Michael P. Pierce, Esquire,   5021 Pennell Road,   Aston, PA  19014-1869
14100461   #+Toy R Us,   Bankruptcy Dept.,   1 Geoffrey Way,   Wayne, NJ 07470-2035
14100463    Wal-Mart Stores, Inc.,   Bankruptcy Department,   608 Southwest 8th Street,
             Bentonville, AR 72712-6207
14100464    Wells Fargo Card Services,   Bankruptcy Department,   1 Home Campus, 3rd Floor,
             Des Moines, IA  50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:30    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:08
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:01:45    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14124986    E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 12 2019 11:05:27
             Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
             Coral Gables, FL 33146-1837
14100439    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 03:01:32
             Capital One Financial,   Bankruptcy Department,   P.O. Box 30285,
             Salt Lake City, UT  84130-0285
14101926   +E-mail/Text: bankruptcy@cavps.com Jul 12 2019 11:05:25    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14100441   +E-mail/Text: bk.notifications@jpmchase.com Jul 12 2019 11:05:02    Chase Automotive Finance,
             Bankruptcy Unit,   P.O. Box 5210,   New Hyde Park, NY 11042-5210
14100444    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2019 11:05:01    Comenity Bank,
             Bankruptcy Department,   P.O. Box 182273,   Columbus, OH 43218-2273
14100445    E-mail/PDF: creditonebnknotifications@resurgent.com Jul 12 2019 03:01:50    Credit One,
             Bankruptcy Department,   P.O. Box 98873,   Las Vegas, NV 89193-8873
14100447    E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:02:01    GE Capital Retail Bank,
             ATTN: Bankruptcy Dept.,   P.O. Box 960061,   Orlando, FL 32896-0061
14100450    E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 11:04:58    Internal Revenue Service,
             Bankruptcy Division,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14100452    E-mail/Text: bncnotices@becket-lee.com Jul 12 2019 11:04:56    Kohls Department Stores,
             Bankruptcy Department,   N56W17000 Ridgewood Drive,   Menomonee Falls, WI  53051-5660
```

```
District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Jul 11, 2019
                              Form ID: pdf900          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14162348        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:01:36
                LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14100453       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:01:46   Lowes Companies, Inc.,
                ATTN: Bankruptcy,   1605 Curtis Bridge Road,   Wilkesboro, NC 28697-2263
14162385        E-mail/Text: bkr@cardworks.com Jul 12 2019 11:04:52   MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14108846       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 11:05:19   MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
14100454        E-mail/Text: bkr@cardworks.com Jul 12 2019 11:04:52   Merrick Bank,
                10705 So. Jordan Gateway,   Suite 200,   South Jordan, UT 84095-3977
14100456        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:08   PA Dept of Revenue,
                Bankruptcy Division,   Office of Chief Counsel,   P.O. Box 280946,
                Harrisburg, PA  17128-0496
14128008        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:01:50
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14101448       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:01:34
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14100457        E-mail/Text: appebnmailbox@sprint.com Jul 12 2019 11:05:19   Sprint Nextel,
                Bankruptcy Department,   6200 Sprint Parkway,   Overland Park, KS 66251-4300
14100458        E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:02:01   Synchrony Bank,
                Bankruptcy Department,   170 West Election Rd, Ste 125,   Draper, UT 84020-6425
14100459        E-mail/Text: bankruptcy@td.com Jul 12 2019 11:05:21   TD Bank, N.A.,   Bankruptcy Department,
                70 Gray Road,   Falmouth, ME  04105-2019
14100462        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 12 2019 11:04:53
                Verizon Communications,   Bankruptcy Department,   P.O. Box 4846,   Trenton, NJ  08650-4846
                                                                                        TOTAL: 25
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Shellpoint Mortgage Servicing,   P.O. Box 10675,   Greenville, SC  29603-0675
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:

```
              ANN E. SWARTZ    on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited Liability
               Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor   1900 Capital Trust II, et al. mshavel@hillwallack.com,
               rianiero@HillWallack.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   Bayview Loan Servicing LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RONALD G. MCNEIL    on behalf of Debtor Raymond E. Fisher, Jr r.mcneill@verizon.net
              RONALD G. MCNEIL    on behalf of Joint Debtor Anne M. Fisher r.mcneill@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :        Chapter 13

RAYMOND E. & ANNE M. FISHER

    Debtor(s)

                                               :        Bankruptcy No.  18-12956AMC


## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this /1ᵗʰ day of July,  2019  consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that

    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;

    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

    D.  the plan has been proposed in good faith and not by any means forbidden by law;

    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;

    F.  with respect to each allowed secured claim provided for by the plan-

        (1)  the holder of such claim has accepted the plan;

        (2)  (a)  the plan provides that the holder of such claim retain the lien securing such claim, and

            (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or

        (3)  the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and

    G.  the debtor will be able to make all payments under the plan and to comply with the plan;

    WHEREFORE, it is ORDERED:

    1.  that the plan is CONFIRMED

    2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and

    3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

                                Honorable Ashely M. Chan
                                United States Bankruptcy Judge