United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raymond E. Fisher, Jr
Anne M. Fisher
    Debtors

Case No. 18-12956-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 15, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
db/jdb        Raymond E. Fisher, Jr,    Anne M. Fisher,    1119 Bayview Drive,    Manning, SC    29102-7713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
         ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
         KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com
         MICHAEL J. SHAVEL    on behalf of Creditor    1900 Capital Trust II, et al. mshavel@hillwallack.com, rianiero@HillWallack.com
         RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing LLC raykemp1006@gmail.com, raykemp1006@gmail.com
         RONALD G. MCNEIL    on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net
         RONALD G. MCNEIL    on behalf of Debtor Raymond E. Fisher, Jr r.mcneil1@verizon.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                : Case No. 18 - 12956
  Raymond E. (Jr.) & Anne M. Fisher  :            (Chapter 13)
                Debtors.   :
                     : Hon. Ashely M. Chan

## ORDER

AND NOW, this 15th day of July, 2019, upon consideration of Debtors' Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a) Debtors' Attorney Application for Allowance of Counsel Fees is GRANTED;

b) Compensation is ALLOWED in favor of Applicant in the amount of $3,200.00 for his services and of $0.00 for un-reimbursed expenses; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $690.00 which was paid by Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Copies to:
Debtors: Raymond E. (Jr.) & Anne M. Fisher
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: