UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re  
   Raymond E. (Jr.) & Anne M. Fisher  
               Debtors.

Case No. 18 - 12956  
              (Chapter 13)

Hon. Magdeline D. Coleman

## ORDER

AND NOW, upon consideration of Debtors' Motion for Post-Petition Financing, and any responses thereto, it is hereby ORDERED that

a)     Debtors' Motion for Post-Petition Financing is GRANTED; and

b)     Debtors are APPROVED to obtain automobile financing consistent with this Motion.

DATE: November 17, 2020         BY THE COURT

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge