United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12956-mdc

Raymond E. Fisher, Jr                                                  Chapter 13

Anne M. Fisher

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Raymond E. Fisher, Jr, Anne M. Fisher, 1119 Bayview Drive, Manning, SC 29102-7713 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor 1900 Capital Trust II  et al. mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC raykemp1006@gmail.com  raykemp1006@gmail.com |
| RONALD G. MCNEIL | on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Debtor Raymond E. Fisher  Jr r.mcneil1@verizon.net |

United States Trustee                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                                         ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                                   Case No.  18 - 12956
    Raymond E. (Jr.) & Anne M. Fisher                          (Chapter 13)
                              Debtors.
                                                        Hon. Magdeline D. Coleman

## ORDER

        AND NOW, upon consideration of Debtors' Motion for Post-Petition

Financing, and any responses thereto, it is hereby ORDERED that

a)        Debtors' Motion for Post-Petition Financing is GRANTED; and

b)        Debtors are APPROVED to obtain automobile financing
          consistent with this Motion.

        DATE:   November 17, 2020            BY THE COURT


                                            _____
                                            Magdeline D. Coleman
                                            Chief U.S. Bankruptcy Judge