United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Raymond E. Fisher, Jr  
Anne M. Fisher  
    Debtors

Case No. 18-12956-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 03, 2021      Form ID: 138NEW      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond E. Fisher, Jr, Anne M. Fisher, 1119 Bayview Drive, Manning, SC 29102-7713 |
| cr | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| cr | + | 1900 Capital Trust II, et al., c/o Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 100, Greenville, SC 29601-2137 |
| intp | + | Walmart, Payroll Director, 702 Southwest 8th Street, PO Box 82, Bentonville, AR 72712-0082 |
| 14100436 | | American Express, Bankruptcy Department, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14123785 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14100437 | + | Bayview Loan Servicing, LLC,, a/k/a, Bayview Financial, LP, c/o Raymond Kempinski, Esquire, 123 South Broad Street, Suite 1400, Phila., PA 19109-1060 |
| 14100438 | + | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-8500 |
| 14162591 | | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14123744 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14100449 | | HSBC Bank USA, N.A., Consumer Bankruptcy Dept, 2929 Walden Avenue, Depew, NY 14043-2602 |
| 14100448 | + | Hearing Help Express, Inc., 1714 Sycamore Road, P.O. Box 586, DeKalb, IL 60115-0586 |
| 14100451 | | J.C. Penney Co., Inc., Sears, Roebuck & Co., Reg'l Credit Crd Operations Cntr, 3333 Beverly Road, Hoffman Estates, IL 60179-0001 |
| 14437631 | + | Linear Mortgage, LLC, PO Box 2420, Sarasota, FL 34230-2420 |
| 14100455 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Insurance Co., Collection Department, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14126148 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14205081 | | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14108445 | + | Southwest Delaware County Municipal Authority, SWDCMA Attn: Cecelia Nelson Auth Admin, One Gamble Lane, PO BOX 2466, Aston, PA 19014-0466 |
| 14100460 | | Township of Aston, Michael P. Pierce, Esquire, 5021 Pennell Road, Aston, PA 19014-1869 |
| 14100463 | | Wal-Mart Stores, Inc., Bankruptcy Department, 608 Southwest 8th Street, Bentonville, AR 72712-6207 |
| 14100464 | | Wells Fargo Card Services, Bankruptcy Department, 1 Home Campus, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-12956-mdc  Doc 150  Filed 08/05/21  Entered 08/06/21 00:39:06  Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 49 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 03 2021 23:33:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14124986 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Aug 03 2021 23:23:00 | | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14100443 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 03 2021 23:23:00 | Citizens Bank, Bankruptcy Department/RJE135, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14100439 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:32 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14101926 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14100441 | + | Email/Text: bk.notifications@jpmchase.com | Aug 03 2021 23:23:00 | Chase Automotive Finance, Bankruptcy Unit, P.O. Box 5210, New Hyde Park, NY 11042-5210 |
| 14100442 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:34 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14100444 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2021 23:23:00 | | Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14100445 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2021 23:33:47 | Credit One, Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14100446 | | Email/Text: G06041@att.com | Aug 03 2021 23:23:00 | DirecTV, Bankruptcy Department, 2230 E. Imperial Highway, El Segundo, CA 90245-3504 |
| 14100447 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | GE Capital Retail Bank, ATTN: Bankruptcy Dept., P.O. Box 960061, Orlando, FL 32896-0661 |
| 14100450 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14100452 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls Department Stores, Bankruptcy Department, N56W17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14162348 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14100453 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:46 | Lowes Companies, Inc., ATTN: Bankruptcy, 1605 Curtis Bridge Road, Wilkesboro, NC 28697-2231 |
| 14162385 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:33:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14108846 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14100454 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:33:32 | Merrick Bank, 10705 So. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 14100456 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | PA Dept of Revenue, Bankruptcy Division, Office of Chief Counsel, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14128008 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2021 23:33:40 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14101448 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100457 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Sprint Nextel, Bankruptcy Department, 6200 Sprint Parkway, Overland Park, KS 66251-4300 |
| 14100458 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Synchrony Bank, Bankruptcy Department, 170 West Election Rd, Ste 125, Draper, UT 84020-6425 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14100459 | Email/Text: bankruptcy@td.com | | Aug 03 2021 23:23:00 | TD Bank, N.A., Bankruptcy Department, 70 Gray Road, Fairmouth, ME 04105-2019 |
| 14100462 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Aug 03 2021 23:23:00 | Verizon Communications, Bankruptcy Department, P.O. Box 4846, Trenton, NJ 08650-4846 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Linear Mortgage, LLC, PO Box 2420, Sarasota, FL 34230-2420 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14100440 | ##+ | Care Credit, LLC, 2995 Red Hill Avenue, Suite 100, Costa Mesa, CA 92626-5984 |
| 14100461 | ##+ | Toy R Us, Bankruptcy Dept., 1 Geoffrey Way, Wayne, NJ 07470-2035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor 1900 Capital Trust II et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com |
| RONALD G. MCNEIL | on behalf of Debtor Raymond E. Fisher Jr r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 4 of 4
Date Rcvd: Aug 03, 2021　　　　　　　　Form ID: 138NEW　　　　　　　　Total Noticed: 49
TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Raymond E. Fisher, Jr and Anne M. Fisher

        Debtor(s)          Bankruptcy No: 18−12956−mdc

                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                       900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                       Timothy B. McGrath
                                                        Clerk of Court

Dated: 8/3/21

                                                                                            149 − 148
                                                                                       Form 138_new