United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12956-mdc |
| Raymond E. Fisher, Jr | Chapter 13 |
| Anne M. Fisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Raymond E. Fisher, Jr, Anne M. Fisher, 1119 Bayview Drive, Manning, SC 29102-7713 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 19, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor 1900 Capital Trust II  et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC raykemp1006@gmail.com  raykemp1006@gmail.com |
| RONALD G. MCNEIL | on behalf of Joint Debtor Anne M. Fisher r.mcneil1@verizon.net |
| RONALD G. MCNEIL | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: 195 | Total Noticed: 1 |

on behalf of Debtor Raymond E. Fisher  Jr r.mcneil1@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Raymond E. Fisher, Jr and Anne M. Fisher                      : Case No. 18−12956−mdc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 17th, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                By The Court

                                Magdeline D. Coleman
                                Chief Judge , United States Bankruptcy Court